STATE OF CONNECTICUT *v.* DAVID CUTLER

The defendant's "Motion for Supervision Under Section 692 of the Connecticut Practice Book" in the appeal from the Superior Court in Fairfield County is denied by the court.

*T. Stevens Bliss,* in support of the motion.

Submitted January 27—decided April 11, 1978

BENJAMIN ZELDES *v.* HARVEY ZISKIS ET AL.

The plaintiff's petition for certification for appeal from the Appellate Session of the Superior Court is denied by the court.

*Irving B. Shurberg,* in support of the petition.

Submitted April 5—decided April 11, 1978

CONNECTICUT INSTITUTE FOR THE BLIND *v.* CONNECTICUT COMMISSION ON HUMAN RIGHTS AND OPPORTUNITIES

The application by Greig Siedor for permission to appear as amicus curiae in the appeal from the Court of Common Pleas in Hartford County is denied by the court.

*Greig Siedor,* in support of the application.

Submitted March 23—decided April 4, 1978

The "Renewed Application of Bert N. Bisgyer, Counsel to the National Federation of the Blind, to Present Oral Argument as Amicus Curiae or to Specially Appear" in the appeal from the Court of Common Pleas in Hartford County is denied by the court.

*John Rose, Jr.,* in support of the application.

Submitted March 28—decided April 18, 1978